Dismissed and Opinion filed June 6, 2002









Dismissed and Opinion filed June 6, 2002.

 

 

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-01-01059-CV

____________

 

SAMUEL MARES, SR., Appellant

 

V.

 

THE CITY OF HOUSTON, Appellee

 



 

On
Appeal from the 125th District Court

Harris
County, Texas

Trial
Court Cause No. 99-54929

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed August 9, 2001.  

On May 31, 2002, the parties filed an
agreed motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered
dismissed.  

 

PER CURIAM

Judgment rendered and Opinion filed June 6, 2002.

Panel consists of Justices Hudson, Fowler, and
Edelman. 

Do Not Publish C Tex. R. App. P. 47.3(b).